# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| ROBERT JONES, | * |
| Plaintiff, | * CIVIL ACTION NO.: 5:20-cv-56 |
| v. | * |
| JEFFREY COLEMAN, et al., | * |
| Defendants. | * |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 14. Plaintiff did not file Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DISMISSES** Plaintiff's claims against Defendants Coleman and Wicker and his monetary damages claims against Defendants in their official capacities. Plaintiff's excessive force and assault and battery claims against Defendant Miller and Plaintiff's failure to intervene claims against Defendants Carver, Clark, Harris, and

AO 72A
(Rev. 8/82)

Little remain pending.  <u>Id.</u>; Dkt. No. 15.

**SO ORDERED**, this ___14___ day of ___June___, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA